THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WEN ZONG YU, Appellant.

Submitted November 7, 2005; decided November 22, 2005

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no civil appeal lies from the order entered in this criminal action (NY Const, art VI, § 3 [ b]; CPLR 5601).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JUSTO RICHARDS, Appellant, v CALVIN WEST, Respondent.

In the Matter of JUSTO RICHARDS, Appellant, v CALVIN WEST, Respondent.

Submitted September 6, 2005; decided November 22, 2005

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceedings within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

TIMOTHY J. TAYLOR, Appellant, v STATE OF NEW YORK, Respondent.

Submitted September 6, 2005; decided November 22, 2005

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.